**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| RAFFI ELMAJIAN, derivatively on behalf of FLUENCE ENERGY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JULIAN NEBREDA, AHMED PASHA, MANDAVENDRA SIAL, HERMAN BULLS, CYNTHIA ARNOLD, EMMA FALCK, RICARDO FALU, ELIZABETH FESSENDEN, HARALD VON HEYNITZ, BARBARA HUMPTON, AXEL MEIER, TISH MENDOZA, CHRIS SHELTON, and SIMON JAMES SMITH,<br><br>Defendants,<br><br>and<br><br>FLUENCE ENERGY, INC.,<br><br>Nominal Defendant. | Case No.: 1:25-cv-00521-MSN-WEF |

*[Caption continued on next page]*

| | |
|---|---|
| DIAA AL EMAD, derivatively on behalf of FLUENCE ENERGY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JULIAN NEBREDA, AHMED PASHA, CYNTHIA ARNOLD, HERMAN BULLS, EMMA FALCK, RICARDO FALU, ELIZABETH FESSENDEN, HARALD VON HEYNITZ, BARBARA HUMPTON, AXEL MEIER, TISH MENDOZA, CHRIS SHELTON, and SIMON JAMES SMITH,<br><br>Defendants,<br><br>and<br><br>FLUENCE ENERGY, INC.,<br><br>Nominal Defendant. | Case No.: 1:25-cv-00577-PTG-IDD |

Plaintiffs in the above-captioned cases, Raffi Elmajian and Diaa Al Emad (together, "Plaintiffs"), defendants Julian Nebreda, Ahmed Pasha, Manavendra Sial, Herman Bulls, Cynthia Arnold, Emma Falck, Richard Falú, Elizabeth Fessenden, Harald von Heynitz, Barbara Humpton, Tish Mendoza, Axel Meier, John Christopher Shelton, and Simon James Smith (the "Individual Defendants"), and nominal defendant Fluence Energy, Inc. ("Fluence" or the "Company" and, with the Individual Defendants, "Defendants," and Defendants with the Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 25, 2025, Plaintiff Raffi Elmajian filed a verified shareholder derivative complaint on behalf of Fluence in this Court against the Individual Defendants alleging causes of action for violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), breach of fiduciary duty, aiding and abetting breach of fiduciary duty, unjust

enrichment, and waste of corporate assets, captioned *Elmajian v. Nebreda et al*, Case No. 1:25-cv-00521-MSN-WEF (the "*Elmajian* Action");

WHEREAS, on April 1, 2025, Defendants in the *Elmajian* Action waived service (*Elmajian* Action, ECF Nos. 2-16);

WHEREAS, on April 3, 2025, Plaintiff Diaa Al Amad filed a verified shareholder derivative complaint on behalf of Fluence in this Court against the Individual Defendants (excluding Manavendra Sial) alleging causes of action for breach of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, violations of Section 14(a) of the Exchange Act, and against Defendants Nebreda and Pasha for contribution under Sections 10(b) and 21D of the Exchange Act, captioned *Al Amad v. Nebreda et al*, Case No. 1:25-cv-00577-PTG-IDD (the "*Al Amad* Action" and, with the *Elmajian* Action, the "Related Derivative Actions");

WHEREAS, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, the Parties agree that the Related Derivative Actions challenge substantially similar alleged conduct and involve overlapping questions of law and fact, and that the administration of justice would best be served by consolidating the Related Derivative Actions;

WHEREAS, the Parties therefore respectfully submit that consolidation of the Related Derivative Actions under Fed. R. Civ. P. 42(a) is appropriate;

WHEREAS, to avoid potentially duplicative actions and to prevent any waste of the Court's and the Parties' resources, the Parties agree that the Related Derivative Actions should be consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated

action under Lead Case No. 1:25-cv-00521, (hereinafter referred to as the "Consolidated Derivative Action");

WHEREAS, in order to prevent any waste of the Court's resources and provide for efficiency, the Parties respectfully request that the Consolidated Derivative Action be assigned to the Honorable Patricia Tolliver Giles, who is presiding over the related securities class action captioned *Abramov v. Fluence Energy, Inc. et al.*, 1:25-cv-00444-PTG-TDD (E.D. Va.) and the *Al Amad* Action;

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that The Brown Law Firm, P.C. and Rigrodsky Law, P.A.[1] shall be designated as Co-Lead Counsel for plaintiffs in the Consolidated Derivative Action;

WHEREAS, Defendants agree that the Related Derivative Actions should be consolidated and take no position regarding the appointment of Co-Lead Counsel for plaintiffs; and

WHEREAS, this Stipulation is not a waiver of any of the Parties' rights, remedies, claims, or defenses.

THEREFORE, the Parties, through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. To the extent they have not already been served, Defendants hereby accept service of the complaints in the Related Derivative Actions.

2. The Parties shall have sixty (60) days from the date that the Court enters an order approving this Stipulation to meet and confer and submit a proposed schedule to the Court, and Defendants are not required to respond to the complaints or any amended complaint filed in the

[1] Attached hereto as Exhibits A and B are the firm resumes of The Brown Law Firm, P.C. and Rigrodsky Law, P.A., respectively.

Related Derivative Actions or in the Consolidated Derivative Action until the deadline set forth in the Court's order on the Parties' proposed schedule.

3. The Related Derivative Actions shall be consolidated for all purposes, including pre-trial proceedings and trial, under Lead Case No. 1:25-cv-00521.

4. The Consolidated Derivative Action shall be assigned to the Honorable Patricia Tolliver Giles.

5. Every pleading in the Consolidated Derivative Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| IN RE FLUENCE ENERGY, INC. SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 1:25-cv-00521-PTG-IDD<br><br>(Consolidated) |
| This Document Relates to:<br><br>ALL ACTIONS | |

6. All papers filed in connection with the Consolidated Derivative Action will be maintained in one file under Lead Case No. 1:25-cv-00521-PTG-IDD. All documents previously filed and/or served in the Related Derivative Actions shall be deemed part of the record in the Consolidated Derivative Action.

7. Co-Lead Counsel for plaintiffs in the Consolidated Derivative Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: vl@rl-legal.com

8. Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

9. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

10. Counsel for all Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

11. This Order shall apply to each related purported shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or occurrences as the Consolidated Derivative Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Fluence Energy, Inc. Shareholder Derivative Litigation*, Lead Case No. 1:25-cv-00521-PTG-IDD, is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated

as part of *In re Fluence Energy, Inc. Shareholder Derivative Litigation*, Lead Case No. 1:25-cv-00521-PTG-IDD, and counsel for the Parties are to assist in assuring that counsel in subsequent actions receive notice of this Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Derivative Action shall apply to all later shareholder derivative actions involving Fluence filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, which actions shall be consolidated into the Consolidated Derivative Action.

12. By entering into this Stipulation, the Parties do not waive any rights, claims, arguments or defenses of any kind, and no part of this Stipulation shall be construed as a waiver of any rights, claims, arguments, or defenses.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: April 15, 2025

**SPIRO & BROWNE, PLC**

*<u>/s/ David G. Browne</u>*
David G. Browne (VSB No. 65306)
2400 Old Brick Road
Glen Allen, VA 23060
Telephone: (804) 573-9220
Email: dbrowne@sblawva.com

*Local Counsel for Plaintiffs*

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Vincent A. Licata
Leah B. Wihtelin
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: vl@rl-legal.com
Email: lw@rl-legal.com

*Counsel for Plaintiff Raffi Elmajian and*

*[Proposed] Co-Lead Counsel*

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Additional Counsel for Plaintiff Raffi Elmajian*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Diaa Al Amad and [Proposed] Co-Lead Counsel*

DATED: April 15, 2025

**LATHAM & WATKINS, LLP**

*/s/ Laura E. Bladow*
Laura E. Bladow (VSB 93395)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Email: laura.bladow@lw.com

*Counsel for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/22/25

/s/
Patricia Tolliver Giles
United States District Judge